**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

|  |  |
|---|---|
| **Shequel P. Ross**, an individual;<br><br>    Plaintiff,<br><br>v.<br><br>**Danielle Jones,** an individual;<br><br>    Defendant. | No.  CV 07-0992-PHX-SRB<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Pursuant to the Notice of Dismissal Without Prejudice, filed by Plaintiff, and good cause appearing,

**IT IS HEREBY ORDERED** dismissing this action without prejudice.

DATED this 12th day of December, 2007.

_____
Susan R. Bolton
United States District Judge